```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 24527
    LARRY L FERGUSON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-2095

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 06/30/2004 and was confirmed 09/15/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 11/29/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
NATIONWIDE COMMERCIAL LP  SECURED          7942.00           .00         7942.00
NATIONWIDE COMMERCIAL LP  UNSECURED        2391.09           .00         2391.09
RIVER AUTO GROUP LTD      SECURED          1000.00         93.57         1000.00
INTERNAL REVENUE SERVICE  PRIORITY         4906.68           .00         4906.68
UNIVERSAL RADIOLOGY       UNSECURED       NOT FILED          .00             .00
UNIVERSAL RADIOLOGY       NOTICE ONLY     NOT FILED          .00             .00
INTERNAL REVENUE SERVICE  UNSECURED         558.44           .00          558.44
RIVER AUTO GROUP LTD      UNSECURED        3025.00           .00         3025.00
RJM AQUISITIONS FUNDING   FILED LATE       1477.74           .00             .00
ERNESTO D BORGES JR       DEBTOR ATTY      2,300.00                      2,300.00
TOM VAUGHN                TRUSTEE                                        1,283.61
DEBTOR REFUND             REFUND                                           325.61

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE           23,826.00

PRIORITY                                      4,906.68
SECURED                                       8,942.00
    INTEREST                                     93.57
UNSECURED                                     5,974.53
ADMINISTRATIVE                                2,300.00
TRUSTEE COMPENSATION                          1,283.61
DEBTOR REFUND                                   325.61
                  ---------------         ---------------
TOTALS            23,826.00                  23,826.00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 24527 LARRY L FERGUSON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 24527 LARRY L FERGUSON